IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID POWELL and LUCRETIA POWELL, § § § *Plaintiffs*, § § v. § § STATE FARM LLOYDS, § § *Defendant*. § | CIVIL ACTION NO. 2:24-CV-00376-RSP |

### ORDER

Before the Court is Plaintiffs David Powell and Lucretia Powell's and Defendant State Farm Lloyds's Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 32**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all pending deadlines in the above-captioned matter are **STAYED** until March 12, 2025, during which time appropriate dismissal papers shall be filed with the Court.

**SIGNED this 12th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE