IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DAVID W. POWELL and LUCRETIA A. POWELL, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CASE NO. 2:24CV-00376-RSP |
| STATE FARM LLOYDS, | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiffs David W. Powell and Lucretia A. Powell and Defendant State Farm Lloyds. **Dkt. No. 34**. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no other parties remain.

**SIGNED this 13th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE